# UNITED STATES BANKRUPTCY COURT
## Northern District of Georgia

In re    **Micha L. Rich**

Debtor(s)

Case No.    **22-52126- JWC**

Chapter    **13**

## NOTICE OF FILING OF MODIFICATION OF CONFIRMED PLAN, DEADLINE FOR FILING WRITTEN OBJECTIONS AND HEARING DATE AND TIME IF OBJECTION IS TIMELY FILED

### To: Creditors and Other Parties in Interest

**PLEASE TAKE NOTICE** that Debtors is filing a proposed modification to the confirmed plan in this case, a copy of which modification you are receiving with this Notice or have recently received by mail. Pursuant to Rule 3015(h) of the Federal Rules of Bankruptcy Procedure, any creditor or other party in interest opposing this proposed Modification must file that objection in writing with the Court on or before the following deadline.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold an initial telephonic hearing for announcements on the Modification at the following number: (**toll-free number: 833-568-8864; meeting id: 160 459 5648, at 10:00 a.m. on June 6, 2023,** in the Courtroom 1203, United States Bankruptcy Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA 30303.

Matters that need to be heard further by the Court may be heard by telephone, by video conference, or in person, either on the date set forth above or on some other day, all as determined by the Court in connection with this initial telephonic hearing. Please review the "Hearing Information" tab on the judge's webpage, which can be found under the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the webpage for this Court, www.ganb.uscourts.gov for more information.

**DEADLINE FOR FILING OBJECTION:** Twenty-four (24) days after the date on which this proposed Modification was filed. The proposed modification was filed on **May 6, 2023**. If the twenty-fourth day after the date of filing falls on a weekend or holiday, the deadline is extended to the next business day.

**PLACE OF FILING:**        Clerk, United States Bankruptcy Court
United States Courthouse
75 Ted Turner Drive, SW, Room 1340
Atlanta, GA 30303

If you mail an objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the deadline stated above.

You must also serve a copy on the undersigned at the address stated below and on the Debtor at: **951 Alloway Place SE, Atlanta, GA 30334**.

**If no objection is timely filed, the Court may approve the proposed modification without further notice or hearing.**

May 6, 2023

/s/ Micha L. Rich

**Micha L. Rich,** Debtor

**/s/ Seth Meyerson**

**Seth Meyerson**
Attorney for Debtor(s)
**820 Ebenezer Church Road
Suite 105
Sharpsburg, GA 30277
678-892-5910**

**United States Bankruptcy Court**
**Northern District of Georgia**

In re   **Micha L. Rich**

Debtor(s)

Case No.    **22-52126**

Chapter    **13**

## POST-CONFIRMATION MODIFICATION OF PLAN AND
## REQUEST FOR ITS APPROVAL

**Micha L. Rich**, Debtor, propose to modify the confirmed Chapter 13 plan in this case as set forth below and request that this amended modification be approved.

## MODIFICATION OF PLAN

**Micha L. Rich**, Debtor, hereby modify the Chapter 13 Plan, which the Court confirmed on August 25, 2022, as follows:

**§ 5.1    Nonpriority unsecured claims not separately classified.**

Allowed nonpriority unsecured claims that are not separately classified will be paid, pro rata, as set forth in § 2.6. Holders of these claims will receive:

 **x** 100% of the total amount of these claims.

**§ 8.1    Check "None" or List Nonstandard Plan Provisions.**

The Court approved the use of special counsel and a settlement has been reached. Pending the Court's approval of the settlement, the Debtor's net proceeds from the lawsuit, minus any funds that Debtor is entitled to exempt, will be paid to the Trustee for distribution to unsecured claims as required by 11 U.S.C. §§ 522(c), 541, 1306(a), 1325(a)(3), 1325(a)(4), and 1325(b), unless otherwise ordered by this Court. The proceeds will more than bring the case current, as well as, pay off a large amount sum of the debt; thus, eliminating any term issues.

Additionally, moving forward, Debor would like remove the two students loans from the Plan.

Dated:    **May 6, 2023**

**/s/ Micha L. Rich**
**Micha L. Rich**
Debtor

**/s/ Seth Meyerson**
**Seth Meyerson**
Attorney for Debtor(s)
**The Meyerson Firm**
**820 Ebenezer Church Road**
**Suite 105**
**Sharpsburg, GA 30277**
**678-892-5910**
**smeyerson@meyerson-law.com**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**


IN RE:                                          {                    CHAPTER **13**
                                                {
**Micha L. Rich**                               {                    CASE NO. **22-52126-JWC**
    Debtor                   {
                                                {


**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the **Post-Confirmation Modification of Chapter 13 Plan** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

Nancy J. Whaley,
Standing Ch. 13 Trustee
Suite 120, Truist Plaza Garden Offices
303 Peachtree Center Avenue
Atlanta, GA 30303
*-electronic service-*

Mohela
Attn: Susan Kanoy, Claims Review
Auditor 633 Spirit Drive
Chesterfield, MO 63005
claimshelp@mohela.com


Micha L Rich
951 Alloway Place SE
Atlanta, GA 30334
*-electronic service-*

US Dept. of Education
Great Lakes Educational Loan Services, Inc.
Attn: Tian Liu, Claims Filing Specialist
2401 International Lane
Madison, WI 53704
GREATLAKESBANKDOCS@GLHEC.ORG

**-See List Attached-**


This 6th day of May 2023


/s/ Seth J. Meyerson
**MEYERSON LAW**
Attorney for the Debtor
Georgia Bar No. 583918


820 Ebenezer Church Rd.
Suite 105
Sharpsburg, GA, 30277
T: (678) 892-5910
E: smeyerson@meyerson-law.com

```
Label Matrix for local noticing        Amanda Gale Rea                        American Express National Bank
113E-1                                 Bondurant Mixson & Elmore, LLP         c/o Becket and Lee LLP
Case 22-52126-jwc                      1201 W Peachtree St NW                 PO Box 3001
Northern District of Georgia           Suite 3900                             Malvern  PA 19355-0701
Atlanta                                Atlanta, GA 30309-3417
Fri May  5 08:35:46 EDT 2023

Amex                                   Bank of America                        Bank of America, N.A.
Correspondence/Bankruptcy              Attn: Bankruptcy                       PO Box 673033
Po Box 981540                          4909 Savarese Circle                   Dallas, TX 75267-3033
El Paso, TX 79998-1540                 Tampa, FL 33634-2413


Bewell                                 (p)JPMORGAN CHASE BANK  N A            Citibank/The Home Depot
820 South Main St                      BANKRUPTCY MAIL INTAKE TEAM            Citicorp Credit Srvs/Centralized Bk dept
Saint Charles, MO 63301-3306           700 KANSAS LANE FLOOR 01               Po Box 790034
                                       MONROE LA 71203-4774                   St Louis, MO 63179-0034


(p)GEORGIA DEPARTMENT OF REVENUE       Hyundai Capital America DBA Hyundai Motor Fi    Hyundai Motor Finance
COMPLIANCE DIVISION                    P.O. Box 20809                         Attn: Bankruptcy
ARCS BANKRUPTCY                        Fountain Valley, CA 92728-0809         Po Box 20829
1800 CENTURY BLVD NE SUITE 9100                                               Fountain Valley, CA 92728-0829
ATLANTA GA 30345-3202

JPMorgan Chase Bank, N.A.              Seth J. Meyerson                       (p)MOHELA
s/b/m/t Chase Bank USA, N.A.          Meyerson Law, LLC                      CLAIMS DEPARTMENT
c/o Robertson, Anschutz & Schneid, P.L.    Suite 105                         633 SPIRIT DRIVE
6409 Congress Avenue, Suite 100       820 Ebenezer Church Road               CHESTERFIELD MO 63005-1243
Boca Raton, FL 33487-2853             Sharpsburg, GA 30277-2073

(p)PORTFOLIO RECOVERY ASSOCIATES LLC  Micha L Rich                           Synchrony Bank/Lowes
PO BOX 41067                           951 Alloway Place SE                  Attn:  Bankruptcy
NORFOLK VA 23541-1067                 Atlanta, GA 30316-2524                 Po Box 965060
                                                                             Orlando, FL 32896-5060


UNITED STATES DEPARTMENT OF EDUCATION  USDOE/GLELSI                          Nancy J. Whaley
CLAIMS FILING UNIT                     Attn: Bankruptcy                      Nancy J. Whaley, Standing Ch. 13 Trustee
PO BOX 8973                            Po Box 7860                           Suite 120, Truist Plaza Garden Offices
MADISON, WI 53708-8973                Madison, WI 53707-7860                303 Peachtree Center Avenue
                                                                             Atlanta, GA 30303-1216



        The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
        by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Chase Card Services                    Georgia Department of Revenue          (d)Georgia Department of Revenue
Attn: Bankruptcy                       Bankruptcy Section                     Processing Center
P.O. 15298                             1800 Century Blvd NE Ste 9100          P. O. Box 740323
Wilmington, DE 19850                   Atlanta, GA 30345                      Atlanta, GA 30374


Mohela/SoFi                            (d)Mohela/laurel Road Ban              Portfolio Recovery Associates, LLC
633 Spirit Drive                       Attn: Bankruptcy                       POB 41067
Chesterfield MO 63005                  633 Spirit Dr                          Norfolk VA 23541
                                       Chesterfield, MO 63005
```

End of Label Matrix
Mailable recipients    20
Bypassed recipients     0
Total                  20