IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | { { | CHAPTER **13** |
| **Micha L. Rich**<br>Debtor | { { { { | CASE NO. **22-52126-JWC** |

**AMENDED NOTICE OF HEARING ON CONFIRMATION OF MODIFIED PLAN AND OF DEADLINE FOR OBJECTIONS TO CONFIRMATION OF MODIFIED PLAN**

**PLEASE TAKE NOTICE** that Debtor has filed a Pre-Confirmation Amended Chapter 13 Plan. The Modified Plan may materially and adversely treat or rights of a creditor.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold an initial telephonic hearing for announcements on the Confirmation of Amended Plan at the following number: (**toll-free number: 833-568-8864; meeting id: 161 346 1602, at <u>10:00 A. M. on June 6, 2023</u>**, Courtroom 1203, US Bankruptcy Courthouse, 75 Ted Turner Drive, SW, Atlanta 30303.   You or your attorney must attend the hearing and advocate your position.

Matters that need to be heard further by the Court may be heard by telephone, by video conference, or in person, either on the date set forth above or on some other day, all as determined by the Court in connection with this initial telephonic hearing. Please review the "Hearing Information" tab on the judge's webpage, which can be found under the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the webpage for this Court, www.ganb.uscourts.gov for more information.

<u>**Your rights may be affected**</u>. **You should read the Amended Plan carefully and discuss it with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

If you oppose confirmation of the Chapter 13 Plan and do not want the court to confirm it, or if you want the Court to consider your views, then not less than seven days before the hearing on confirmation scheduled below, you or your attorney must:

(1) File with the court a written objection, explaining your positions and views as to why the Court should not confirm the Chapter 13 Plan, as modified. The written objection must be filed at the following address:

**Richard B. Russell Federal Building and**
**United States Courthouse**
**Room 1340**
**75 Ted Turner Drive, SW**
**Atlanta, GA 30303**

If you mail your response to the Clerk for filing, you must mail it early enough so that the Clerk will **actually receive** it not less than seven days before the hearing on confirmation scheduled below.

(2) Mail or deliver a copy of your written objection to Debtors' attorney at the address stated below and to the Chapter 13 Trustee. You must attach a certificate of service to your written objection, stating when, how, and on whom (including addresses) you served the objection.

If you or your attorney do not file a timely objection, the Court may decide that you do not oppose confirmation of the Chapter 13 Plan.

Dated: May 6, 2023                    /s/ _Seth J. Meyerson_
                                       MEYERSON LAW FIRM
                                       GA Bar No. 583918
                                       Attorney for Debtor
                                       820 Ebenezer Church Rd., Suite 105
                                       Sharpsburg, GA, 30277
                                       T: (678) 892-5910
                                       E: smeyerson@meyerson-law.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| **Micha L. Rich** | CASE NO. **22-52126-JWC** |
| Debtor | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of May 2023, I electronically filed the foregoing Notice of Hearing with the Clerk of Court using the CM/ECF system which will automatically send an e-mail notification of such filing to the parties or attorneys of record. I have also on this day caused a copy of the pleading to be placed in the first-mail class United States mail, postage prepaid, addressed to the following recipients not participating in the CM/ECF system as follows:

Nancy J. Whaley,
Standing Ch. 13 Trustee
Suite 120, Truist Plaza Garden Offices
303 Peachtree Center Avenue
Atlanta, GA 30303
*-electronic service-*

Mohela
Attn: Susan Kanoy,
Claims Review Auditor
633 Spirit Drive
Chesterfield, MO 63005

Micha L Rich
951 Alloway Place SE
Atlanta, GA 30334
*-electronic service-*

US Dept. of Education
Great Lakes Educational Loan Services, Inc.
Attn: Tian Liu, Claims Filing Specialist
2401 International Lane
Madison, WI 53704

This 6th day of May 2023

/s/ Seth J. Meyerson
**MEYERSON LAW**
Attorney for the Debtor
Georgia Bar No. 583918

820 Ebenezer Church Rd.
Suite 105
Sharpsburg, GA, 30277
T: (678) 892-5910
E: smeyerson@meyerson-law.com